| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Brian J. Soo-Hoo 228298**<br>**601 Parkcenter Drive, Ste. 105**<br>**Santa Ana, CA 92705-3543**<br>**(714) 589-2252 Fax:  (714) 589-2254**<br>**228298 CA**<br>**ecf@bankruptcylawpros.com** | |

☐ *Debtor(s) appearing without an attorney*
☑ *Attorney for Debtor(s)*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>        **Reyes Rios**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: **7**<br><hr>**DECLARATION BY DEBTOR(S)<br>AS TO WHETHER INCOME WAS RECEIVED<br>FROM AN EMPLOYER WITHIN 60 DAYS OF<br>THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><hr>[No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    <u>Reyes Rios</u>                      _signature_
                                  Printed name of Debtor 1              Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 1                    **F 1002-1.EMP.INCOME.DEC**

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____     _____     _____
                                   Printed name of Debtor 2                 Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                Page 2                    **F 1002-1.EMP.INCOME.DEC**

| West Coast Liquidators Inc. REYES RIOS 17812 OWEN ST FONTANA, CA 92335 | 614/278-6800 | 4900 E Dublin Granville Rd Emplid : 1675995 Deptid : 30873W Location : 873 | Columbus, OH 43081-7651 Tax Data: Marital Sts: Exemptions: Addl. Amt: | Federal S 3 | State S 3 | 52 WK2-Weekly Hourly Payroll CA Advice Number: 16911414 Advice Date: 11/01/2019 Pay Begin Date: 10/20/2019 Pay End Date: 10/26/2019 |
|---|---|---|---|---|---|---|

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Straight Pay | 15.50 | 40.00 | 620.00 | 1,109.67 | 15,552.59 |
| Overtime Pay - 1.5 x Rate | 23.25 | 4.47 | 103.93 | 62.33 | 1,301.60 |
| Shift Premium 1.5 x Rate | 1.13 | 4.47 | 5.03 | 10.60 | 11.94 |
| Shift Premium | 0.75 | 40.00 | 30.00 | 201.76 | 1,017.85 |
| Performance Incentive Pay | | | 103.45 | | 2,164.02 |
| Adj Meal Period Penalty | | | 0.00 | 1.00 | 13.50 |
| Short Term Disability Pay-100% | | | 0.00 | | 1,085.76 |
| Floating Holiday Pay | | | 0.00 | 24.00 | 326.16 |
| Holiday Pay | | | 0.00 | 36.00 | 490.32 |
| Sick Pay | | | 0.00 | 48.00 | 656.64 |
| Vacation Pay | | | 0.00 | 75.00 | 1,032.76 |
| **TOTAL:** | | 88.94 | 862.41 | 1,568.36 | 23,653.14 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 57.66 | 1,029.44 |
| Fed MED/EE | 11.99 | 320.56 |
| Fed OASDI/EE | 51.27 | 1,370.66 |
| CA Withholdng | 17.60 | 199.29 |
| CA OASDI/EE | 8.27 | 221.07 |
| | 146.79 | 3,141.02 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Dental | 6.00 | 258.05 |
| Medical | 27.00 | 1,179.90 |
| Vision | 2.45 | 107.80 |
| **TOTAL:** | 35.45 | 1,545.75 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| GARN-Writ | 20.00 | 880.00 |
| | 20.00 | 880.00 |

### TAXABLE BENEFITS

| Description | Current | YTD |
|---|---|---|
| | 0.00 | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 862.41 | 826.96 | 146.79 | 55.45 | 660.17 |
| YTD | 23,653.14 | 22,107.39 | 3,141.02 | 2,425.75 | 18,086.37 |



**West Coast Liquidators Inc.**
4900 E Dublin Granville Rd
Columbus, OH 43081-7651

Advice Number: 16911414

| Account Type | Account Number | Deposit Amount |
|---|---|---|
| Checking | 883165578 | 660.17 |

DATE    AMOUNT

$660.17